# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDEIRYS GOMEZ,**

**Plaintiff,**

-vs-                                                    **Case No.  6:05-cv-553-Orl-19DAB**

**CARLOS A. CASTANO d/b/a N.C.H.
Construction, GUILLERMO HERRERA
d/b/a N.C.H. Construction, LEO HAUSER,**

**Defendants.**

_____

## ORDER

This cause came on for consideration of entry of default (Doc. No. 16) on August 11, 2005.

The entry of default against Defendant Herrera is **VACATED**.  The Affidavit of Service filed in

support of the Motion states that the service processer could not find Defendant Herrera at 9907

Surrey Ridge Road, Orlando, Florida and made substituted service at a different address (14500

Daring Ave., Orlando, Florida) by leaving the summons and complaint with "Daniel Finch as Co-

Resident."  There has been no showing that the substituted service at the other address at 14500

Daring Avenue is adequate service of process on Defendant Herrera.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2005.

_David A. Baker_____

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties